JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL D. S.,<br>　　Plaintiff,<br>v.<br>MICHELLE KING,<br>Acting Commissioner of Social Security, Defendant. | Case No. 2:24-cv-04776-KES<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED.

DATED: <u>February 3, 2025</u>

*Karen E. Scott*
KAREN E. SCOTT
United States Magistrate Judge

1